UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: TIMOTHY A. BARNES

Hearing Date: 6/7/18

Adversary No.:

Bankruptcy Case No.: 18-13848

Title of Case: IN RE LOUVERIA BURKS

Brief Statement of Motion: RELIEF FROM AUTOMATIC STAY

Names and Addresses of moving counsel:
JOEL A SCHECHTER
53 W JACKSON 1522
CHICAGO IL 60604

Representing: TECH CREDIT UNION

AGREED ORDER

1. MOTION FOR RELIEF FROM AUTOMATIC STAY IS CONTINUED TO JUNE 21, 2018 AT 10:00am

2. DEBTOR IS RESTRAINED FROM WITHDRAWING ANY FUNDS ON DEPOSIT WITH TECH CREDIT UNION UNTIL FURTHER OF COURT.

/s/ C Schechter, atty for Tech Credit Union
/s/ BJM, attorney for Debtor

6/11/99