UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-13848 |
| LOUVERIA M. BURKS | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER ALLOWING DEBTOR ACCESS TO DEBTOR'S CREDIT UNION ACCOUNTS**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted access to her accounts at Tech Credit Union.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  July 05, 2018

**Prepared by:**

Ryan J. McCready
IARDC# 6308289
David M. Siegel & Associates
790 Chaddick Dr.
Wheeling, IL 60090