UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. **18-13848** |
| **Louveria M. Burks** ) | Chapter 13 |
| ) | Judge: Timothy A. Barnes |
| ) | |
| Debtor, ) | |

## AGREED REPAYMENT AND DEFAULT ORDER

This cause coming to be heard on the motion of Terrace Glen Condominium Associations for the entry of an order modifying the automatic stay to permit movant to enforce its security interest on debtor's real estate, the Court having jurisdiction and being advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges and shall cure a default to Terrace Glen Condominium Associations in the amount of $4,056.16 on or before September 1, 2019.

2. An initial payment of $2,300.00 to Terrace Glen Condominium Associations shall be tendered by Debtor within 10 days of the entry of this order. The Debtor shall cure the remaining $1,756.16 default by making the following payments on or before the corresponding dates, in addition to her regular monthly assessments or other regularly required payments to Terrace Glen Condominium Associations:

    a. At least $219.00 per month, on the 1st day of each month for the months of February 2019 to August 2019;

    b. $223.16 on or before September 1, 2019;

3. The aforementioned payments in Paragraph 2 shall be made payable to "Terrace Glen Condominium Associations" and shall be tendered in the form of money orders, certified checks, or cashier's checks to Terrace Glen Condominium Associations at P.O. Box 7704, Carol Stream IL 60197-7704 or to such agent as movant may designate in writing. If the scheduled payments are not received by the corresponding dates, written notice of default shall be mailed to Debtor and Debtor's attorney. If the default is not cured within fourteen (14) days of the mailing of the notice, the repayment schedule is void and the automatic stay shall be terminated as to Terrace Glen Condominium Associations, its principals, agents, successors and/or assigns as to the Debtor's real property, commonly known as 18361 Glen Oak Avenue, Unit 1I, Lansing, IL 60438 without further Court Order.

4.      Commencing February 1, 2019, and for the pendency of the bankruptcy, the Debtor shall tender "timely" post-petition assessment payments, payable to "Terrace Glen Condominium Associations," and sent directly to Terrace Glen Condominium Associations, or to such other agent as movant may designate in writing.

5.      An assessment payment is considered "timely" if it is received in the office of movant's agent on or before the 15th day of the month in which it is due. A late charge is due on all payments received after the 15th day of the month (this provision applies only to the triggering of this order and does not affect what constitutes currency of the post-petition account).

6.      If the movant fails to receive two "timely" post-petition payments, the stay shall be automatically terminated as to movant, its principals, agents, successors and/or assigns as to the Debtor's real property, commonly known as 18361 Glen Oak Avenue, Unit 1I, Lansing, IL 60438, without further Court Order, fourteen (14) calendar days after the mailing of notification to the Debtor and her attorney, unless Debtor tenders funds within that period to bring her post-petition account current. Any relief from the automatic stay under this agreement will survive the conversion from the current chapter to any other chapters of under Title 11.

10.    In the event that Fullett Swanson, P.C. should have to send out any Notices of Default, the Debtor shall pay an extra $120.00 per notice, as additional attorney fees, in addition to whatever funds are necessary to cure the default. Said additional funds must be included in the tender to bring the post-petition account current.

DATED: _____, 2019

ENTER:

_____
Bankruptcy Timothy A. Barnes

**17 JAN 2019**

_____
Attorney for Louveria M. Burks

DATED: 1/16/19

_____
Attorney for Terrace Glen Condominium Associations

DATED: 01/17/19

Fullett Swanson, PC
Attorneys for Movant
430-440 Telser Rd.
Lake Zurich, IL 60047
(847) 259-5100